**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CHRISTINE BOOKER,**

    **Plaintiff,**

v.                                                        Case No.: 8:16-cv-02934-JSM-JSS

**T-MOBILE USA, INC.,**
**a Foreign Profit Corporation,**

    **Defendant.**

_____/

**JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, CHRISTINE BOOKER, and Defendant, T-MOBILE USA, INC., through their undersigned counsel, stipulate to dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P. and with each party to bear its own attorney's fees, costs and disbursements consistent with the parties' agreement.

Respectfully submitted this 31st day of January, 2018.

| WHITTEL & MELTON, LLC | JACKSON LEWIS P.C. |
|---|---|
| /s/ *Jay P. Lechner* | */s/ Gail Golman Holtzman* |
| **Kelly A. Cavanaugh, Esq.** | **Gail Golman Holtzman, Esq.** |
| Florida Bar No.: 55526 | Florida Bar No. 0562068 |
| **Michael Mates, Esq.** | **Andrew R. Lincoln, Esq.** |
| Florida Bar No.: 6191 | Florida Bar No. 0069588 |
| **Jay P. Lechner, Esq.** | Email: gail.holtzman@jacksonlewis.com |
| Florida Bar No.: 0504351 | Email: andrew.lincoln@jacksonlewis.com |
| **Jason M. Melton, Esq.** | Email: denise.dawson@jacksonlewis.com |
| Florida Bar No.: 0605034 | Email: nicole.villa@jacksonlewis.com |
| Email: kelly@thfllawfirm.com | Email: sarah.burdon@jacksonlewis.com |
| Email: michaelmates@thefllawfirm.com | |

| | |
|---|---|
| Email: lechnerj@thefllawfirm.com<br>Email: jason@thefllawfirm.com<br><br>One Progress Plaza<br>200 Central Avenue, #400<br>St. Petersburg, Florida 33701<br>Telephone: (727)822-1111<br>Facsimile: (727) 898-2001<br><br>*Attorneys for Plaintiff* | 100 South Ashley Drive, Suite 2200<br>Tampa, Florida 33602<br>Telephone: (813) 512-3210<br>Facsimile: (813) 512-3211<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2018, I electronically filed the Parties' *Joint Stipulated Motion For Dismissal with Prejudice* with the Clerk of the Court by using the CM/ECF system which will send electronic notice to counsel of record.

/s/ Gail Golman Holtzman
Gail Golman Holtzman, Esq.
Florida Bar No. 0562068
E-mail: gail.holtzman@jacksonlewis.com
Andrew R. Lincoln, Esq.
Florida Bar Number: 0069588
E-mail: andrew.lincoln@jacksonlewis.com
JACKSON LEWIS P.C.
100 South Ashley Drive, Suite 2200
Tampa, Florida 33602
Telephone: 813-512-3210
Facsimile: 813-512-3211

*Attorneys for Defendant T-Mobile USA, Inc.*